1  DANIEL G. BOGDEN
   United States Attorney
2  L. ANTHONY WHITE
   Assistant United States Attorney
3  100 W. Liberty Street, Suite 600
   Reno, Nevada 89501
4  Tel: (775) 784-5438

5  Attorneys for Plaintiff

FILED

2004 JUN 16 PM 1: 21

LANCE S. WILSON
CLERK

BY _____
       DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR-N-04-0082-LRH-VPC |
| Plaintiff, ) | |
| ) | |
| v. ) | **INDICTMENT FOR VIOLATION OF:** |
| ) | |
| HORATIO DEMARIOUS SMITH, ) | TITLE 18, UNITED STATES CODE, |
| ) | SECTION 2113(a) - Bank Robbery |
| Defendant. ) | (Counts One and Two) |

THE GRAND JURY CHARGES THAT:

### Count One

On or about May 29, 2004, in the District of Nevada, the defendant, HORATIO DEMARIOUS SMITH, by force, violence, and intimidation, did take from the person and the presence of another, namely, Jaime Wood, a bank teller, money belonging to and in the care, custody, control, management, and possession of the Bank of America branch office located at 1830 South Virginia Street, Reno, Nevada, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation; all in violation of Title 18, United States Code, Section 2113(a).

### Count Two

On or about June 3, 2004, in the District of Nevada, the defendant, HORATIO DEMARIOUS SMITH, by force, violence, and intimidation, did take from the person and the

1 | presence of another, namely, Janette Logan, a bank teller, money belonging to and in the care,
2 | custody, control, management, and possession of the Bank of America branch office located at
3 | 401 South Virginia Street, Reno, Nevada, a bank whose deposits were then insured by the
4 | Federal Deposit Insurance Corporation; all in violation of Title 18, United States Code, Section
5 | 2113(a).

A TRUE BILL:

FOREPERSON

DANIEL G. BOGDEN
United States Attorney

L. ANTHONY WHITE
Assistant United States Attorney