1
2
3
4
5
6
7                    **UNITED STATES DISTRICT COURT**
8                        **DISTRICT OF NEVADA**
9
10  UNITED STATES OF AMERICA,      )      3:04-cr-00082-HDM (VPC)
                                   )
11               Plaintiff,        )
                                   )      ORDER
12  vs.                            )
                                   )
13  HORATIO DEMARIOUS SMITH,       )
                                   )
14               Defendant.        )
    _____)
15
16       Before the court is defendant's motion for equitable tolling

17  (#121) in which defendant sought to equitably toll the statute of

18  limitations applicable to a petition to vacate pursuant to 28

19  U.S.C. § 2255.  The United States responded (#122), and defendant

20  replied (#123).  On March 4, 2008, defendant/petitioner Smith filed

21  his petition under § 2255 (Civil Docket #: 3:08-cv-00122-HDM).

22  Defendant's motion for equitable tolling (#121) is therefore denied

23  as moot.

24
25       **IT IS SO ORDERED.**

26       DATED: This 12th day of March, 2008.

27                        _Howard D. McKibben_
                          _____
28                        UNITED STATES DISTRICT JUDGE

                                  1