**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:04-cr-00082-HDM-RAM |
| | ) | 3:08-cv-00122-HDM |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| HORATIO DEMARIOUS SMITH, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

    Defendant, Horatio Demarious Smith, has filed a motion for an order directing the office of the clerk to disseminate current docket sheet without fee [141].  Responses to the motion were due November 14, 2010.  No response in opposition to the motion was filed.

    Petitioner's motion [141] is hereby GRANTED.  The Clerk of Court shall forward to petitioner a copy of the docket sheets in case numbers 3:04-cr-00082-HDM-RAM and 3:08-cv-00122-HDM without

1

fees.  In addition, the Clerk of Court shall forward to petitioner, without fees, a copy of this court's order denying his 2255 motion to vacate, which is docket number 137 in case number 3:04-cr-00082-HDM-RAM and docket number 2 in case number 3:08-cv-00122-HDM.

    IT IS SO ORDERED.

    DATED: This 17th day of November, 2010.

_____
UNITED STATES DISTRICT JUDGE