# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:04-cr-00082-HDM |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| HORATIO D. SMITH, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The motion of Federal Public Defender Nisha Brooks-Whittington to withdraw as counsel for defendant and for the court to appoint defendant new counsel not associated with the office of the Federal Public Defender (ECF No. 152) is **GRANTED**. The CJA Administrator is directed to secure CJA counsel on behalf of the defendant forthwith.

IT IS SO ORDERED.

DATED: This 26th day of July, 2016.

_____
UNITED STATES DISTRICT JUDGE

1