**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

|                                    |     |                    |
|------------------------------------|-----|--------------------|
| UNITED STATES OF AMERICA,          | )   | 3:04-cr-00082-HDM  |
|                                    | )   |                    |
|    Plaintiff,       | )   |                    |
|                                    | )   | ORDER              |
|                                    | )   |                    |
| vs.                                | )   |                    |
|                                    | )   |                    |
| HORATIO DEMARIOUS SMITH,           | )   |                    |
|                                    | )   |                    |
|    Defendant.       | )   |                    |
| _____ | )   |                    |

   Defendant has filed a second or successive motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 (ECF No. 149). On February 17, 2017, the Court of Appeals authorized the filing of defendant's second or successive motion(ECF No. 155).  Accordingly, and pursuant to General Order No. 2015-03, defendant's § 2255 motion is deemed filed *nunc pro tunc* to June 24, 2016.

   IT IS SO ORDERED.

   DATED: This 23rd day of February, 2017.

_____
UNITED STATES DISTRICT JUDGE

1