1

2

3

4

5

6

7

8                          **UNITED STATES DISTRICT COURT**

9                             **DISTRICT OF NEVADA**

10

11 UNITED STATES OF AMERICA,        )        3:04-cr-00082-HDM
                                    )
12            Respondent/Plaintiff, )
                                    )        ORDER
13                                  )
   vs.                              )
14                                  )
   HORATIO DEMARIOUS SMITH,         )
15                                  )
              Petitioner/Defendant. )
16 _____ )

17      Before the court is defendant's motion to voluntarily withdraw

18 his motion to vacate, set aside, or correct his sentence pursuant 28

19 U.S.C. § 2255 filed on March 27, 2017 (ECF No. 158).  The United

20 States has not responded.

21      Defendant requests to withdraw his § 2255 motion filed *nunc pro*

22 *tunc* on June 24, 2016 (ECF No. 149) pursuant to Federal Rule of Civil

23 Procedure  41(a)(1)(A)(i).   The  United  States  did  not  file  an

24 opposition to the  § 2255 motion.  Accordingly, the court will allow

25 defendant to withdraw his § 2255 motion.  In granting the motion to

26 withdraw, the court makes no determination as to whether a new § 2255

27 motion that defendant may file in the future would constitute a second

28 or successive motion  and therefore require certification  from  the

1

1 Ninth Circuit Court of Appeals before being filed in U.S. District

2 Court.  *See* 28 U.S.C. § 2255(h).

3     IT IS THEREFORE ORDERED that defendant's motion to voluntarily

4 withdraw his motion to vacate, set aside, or correct his sentence

5 pursuant 28 U.S.C. § 2255 (ECF No. 158) is **GRANTED.**

6     IT IS FURTHER ORDERED that defendant's motion to vacate, set

7 aside, or correct his sentence pursuant 28 U.S.C. § 2255 (ECF No. 149)

8 is **WITHDRAWN.**

9     DATED: This 25th day of July, 2017.

10

11                          UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28